GEORGE R. SMITH vs. JAMES CAMPBELL.

Penobscot. Decided June 7, 1878.

*Coal.*

*Per curiam.* R. S., c. 41, § 13, providing that the seller of coal shall not maintain a suit for the price thereof, unless he has caused the same to be weighed by a sworn weigher and a certificate of the weight delivered to the buyer, is not complied with when the weigher is either the owner of the coal or sells it on commission.